# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| COURTNEY ROMERIZ ROGERS, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:12-cv-927-MHT-TFM |
| ) | (WO) |
| ATARI TYSON JORDAN, ) | |
| ) | |
|     Defendant. ) | |

## ORDER

On November 21, 2012, the magistrate judge issued a recommendation to which plaintiff filed no objections. Upon an independent and de novo review of the record and upon consideration of the recommendation of the magistrate judge, it is the ORDER, JUDGMENT AND DECREE that:

(1) The recommendation of the magistrate judge (Doc. 8) is adopted.

(2) Any outstanding motions are denied as moot.

An appropriate judgment will be entered.

DONE this 26th day of December, 2012.

        /s/ Myron H. Thompson
        **UNITED STATES DISTRICT JUDGE**